Now, upon reading and filing the stipulation of discontinuance of appeal signed by the attorneys for the parties on December 13, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Lindley, Green and Martoche, JJ.

LUCIA C. WRONSKI et al., Plaintiffs, v JUDITH EINACH, Respondent, and NICHOLAS BORON et al., Appellants, et al., Defendant. (Appeal No. 2.) [937 NYS2d 904]—

Now, upon reading and filing the stipulation of discontinuance of appeal signed by the attorneys for the parties on December 13, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Lindley, Green and Martoche, JJ.

LUCIA C. WRONSKI et al., Respondents, v JUDITH EINACH et al., Defendants, and NICHOLAS BORON et al., Appellants. (Action No. 1.) THOMAS S. WRONSKI, as Parent and Natural Guardian of VICTORIA WRONSKI, an Infant, Respondent, v NICHOLAS BORON et al., Appellants, et al., Defendant. (Action No. 2.) (Appeal No. 3.) [938 NYS2d 494]—

Now, upon reading and filing the stipulation of discontinuance of appeal signed by the attorneys for the parties on December 13, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Lindley, Green and Martoche, JJ.

JOSEPH BYRD, Respondent, v FREDERICK E. RONEKER, JR., Appellant, et al., Defendants. (Appeal No. 1.) [936 NYS2d 434]—